

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG – 4 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Wilfred L. Lee Jr.
leewilfred2011@gmail.com
91-1108 Kaimalie Street
Ewa Beach, Hawaii 96706
808-203-0881

Pro Se Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| | | PLAINTIFF'S COMPLAINT |
| Wilfred L. Lee Jr. | ) | CIVIL NO. **4-21CV-923 Y** |
| Plaintiff, | ) | |
| | ) | **EMPLOYMENT DISCRIMINATION** |
| | ) | **COMPLAINT** |
| vs. | ) | |
| | ) | 42 USC 2000e |
| 20/20 Communications, Inc . | ) | 42 USC 1981 |
| aka 2020 Companies | ) | Age Discrimination in Employment Act 1967 |
| Best Buy Co, Inc., | ) | Tex.Civ.Prac & Rem. Code 73.001 |
| Samsung Electronics America, Inc., | ) | |
| Sara Wali | ) | |
| and  Entity and Entities, Singular and | ) | |
| Pural, Known and Unknown, Past and | ) | |
| Present et.al | ) | |
| Defendant(s), | ) | |
| | ) | |
| | ) | JURY TRIAL DEMAND |

THE PARTIES TO THIS COMPLAINT

      The Plaintiff(s)

      Wilfred L. Lee Jr.
      91-1108 Kaimalie Street
      Ewa Beach, HI 96706
      808-203-0881
      leewilfred2011@gmail.com

      The Defendant(s)

      Defendant No.1
      20/20 Communications, Inc.
      aka 2020 Companies
      3575 Lone Star Circle #200
      Fort Worth, Texas 76177

      Defendant No.2
      Sara Wali
      Field Operations Manager
      2020 Companies
      3575 Lone Star Circle #200
      Forth Worth, Texas 76177

      Defendant No.3
      Best Buy Co., Inc.
      7601 Penn Avenue South
      Richfield, Minnesota 55423

      Defendant No.4
      Samsung Electronics America, Inc.
      85 Challenger Road, Floor 7
      Ridgefield Park, New Jersey 07660


JURISDICTION

1. Jurisdiction is proper under 28 U.S.C 1331 and 28 U.S.C 1332

JURY TRIAL DEMAND

2. The Pro Se Plaintiff demands a trial by jury in all aspect of this matter.

PRO SE PLAINTIFF'S RIGHT TO AMEND THE COMPLAINT

3. Pro Se Plaintiff reserve the right to amend this complaint as more and additional information,

evidence or defendant come to the knowledge of the Pro Se Plaintiff.

## STATEMENT OF FACTS

4. Upon information and belief the Defendants 2020 Companies, Sara Wali, Best Buy Co., Inc. and Samsung Electronics American, Inc., Co-manage the Samsung Experience in Best Buy Stores. This includes all hiring, termination of employees as Samsung Experience Consultant and/or Lead. The Defendants demonstrated Discriminatory Animus towards the Pro Se Plaintiff Wilfred L. Lee Jr. from their hiring process, failure to hire Pro Se Plaintiff due to their Race and Age.

5. The Pro Se Plaintiff Wilfred L. Lee Jr. is African American (Race) who is over 40 (Age).

6. Pro Se Plaintiff has been a resident of Hawaii for 11 years.

7. From 2011 through 2019 Pro Se Plaintiff Wilfred L. Lee Jr. is a career field marketer and brand evangelist with several years of experience employed by sales, marketing and brand advocacy companies, BDS Marketing, Market Source, Action Link.

8. From 2011 through 2019 working in Best Buy retail stores in Aiea, Honolulu, Hawaii and New York City, New York.

9. During Pro Se Plaintiff's career with the afro-mention brand advocacy companies performing the duties of demonstration, sales, evangelize products of client brands, Toshiba Computer, Canon Cameras and Printers, Hewlett Packard Computer and Printers, Dell Computer, Sony Cameras, and Intel. In Best Buy retail stores.

10. Pro Se Plaintiff has worked closely with Best Buy store associates and management building relationships, achieving project objectives and goals from 2011 through 2019. Also working in the same Best Buy stores as Samsung Experience Consultants. Becoming very knowledgable about their job.

11. On or about October 29, 2019 Pro Se Plaintiff applied to 2020 Companies job post on indeed.com for Samsung Experience Consultant Lead as a full time position with the salary of $21-24 dollars per hour at the Aiea, Hawaii Best Buy retail store.

12. Submitting their resume highlighting the afro-mention experience with brands and Best Buy associates.

13. The job requires the Samsung Experience Consultant Lead to demonstrate, sell, and evangelize Samsung products in the country's most well-known retailers (Best Buy). Ensure that consumers have the latest and most relevant product information at their fingertips when making a purchase decision. Be able to not only promote the Samsung brand to customers, but work closely with store associates and management to build tight-knit relationships.

14. From 2011 through 2019 the Pro Se Plaintiff had performed the requirements of this job for major brands and companies in the extract marketing and sales industry as Defendant 2020 Companies.

15. Pro Se Plaintiff understood that this job's location was the Aiea, Hawaii Best Buy retail store. They have worked in this store during their career and sought to continue their career at this location. Due to it's opportunities for high volume customers and sales.

16. On or about October 29, 2019 the Pro Se Plaintiff was scheduled for a phone screen interview with 2020 Companies recruiter Michel Pagliari.

17. During the phone screen interview Pro Se Plaintiff explained their experience and knowledge of performing the duties of the job and their history working in the Aiea, Hawaii Best Buy retail store.

18. When Pro Se Plaintiff asked about the salary the recruiter Michel Pagliari told them $21-$24 dollars per hour.

19. The recruiter Michel Pagliari scheduled the Pro Se Plaintiff for another interview with 2020 Companies Field Operations Manager Defendant Sara Wali on or about October 30, 2019.

20. On or about October 30, 2019 the Pro Se Plaintiff Wilfred L. Lee Jr. and Defendant Wali conducted a remote interview by video. With Pro Se Plaintiff appearing on video professionally dressed and explaining themselves confidently to the Defendant(s).

21. Upon belief Defendant Sara Wali did not show themselves on video during the interview and they seemed to be driving a automobile during the interview.

22. When interviewing with Defendant Sare Wali Pro Se Plaintiff again expressed their passion for

sales, experience and knowledge of performing duties of the of job from 2011 through 2019 for

other employers, their past working in the Aiea and Honolulu, Hawaii and New York Cirty Best Buy's

retail store and building relationships with store associates and management.

23. During the interview when Pro Se Plaintiff asked about the salary Defendant Sara Wali told them

$19-$21 dollars per hour.

24. The Defendant(s) did not hire the Pro Se Plaintiff. On or about October 31, 2019 Pro Se Plaintiff

was informed by recruiter Michel Pagliari that Defendant(s) had hired someone who looks for the

position they are hiring for.

25. On November 2, 2019 the Pro Se Plaintiff discovered that the job post for Samsung Experience

Consultant in Aiea, Hawaii was still active on indeed.com.

26. Plaintiff created a fictitious profile and applied for the position of Samsung Experience Consultant.

27. The Plaintiff created a fictitious profile to resemble a Caucasian (Race) under 40 (Age) named

Ralph Wilson. Including a resume riddle with typo's and below basic experience in many areas for that

position.

28. On or about November 4, 2019, the Defendant 2020 Companies, Defendant Sara Wali and 2020

Companies recruiter Michel Pagliari  contacted the fictitious profile of Ralph Wilson by email to

schedule a interview.

29. Upon information and belief Defendant Sara Wali showed their racial animus towards the Pro Se

Plaintiff as a during hiring. Defendant Sara Wali made remarks to 2020 Recruiter Michel Pagliari on

October 30, 2019 of their tone that Pro Se Plaintiff lacked demonstrated intelligence during their

interview.

30. Upon information and belief dispute my employment qualifications for the Samsung Experience

Consultant Lead.  As a member of the protect class African American, over the age of 40, I applied and

was qualified, I was rejected for employment, the position remained open, other applicants where sought and the position was filled with someone not in my protected class and under 40 years of age.

31. Upon information and belief Defendant Sara Wali has shared their Off-color remarks about the Plaintiff's appearance and lack of intelligence due to their Race and Age. During the hiring process with Defendants 2020 Companies, Inc, Best Buy Co, Inc., Samsung Electronics America, Inc.

32. The Discriminatory Animus of Defendants 2020 Companies, Inc, Sara Wali, Best Buy Co., Inc. and Samsung Electronics American, Inc. Discriminatory hiring, failure to hire Pro Se Plaintiff Wilfred L. Lee Jr. due to their Race and Age. Has caused the Pro Se Plaintiff to suffer lack of income, mental anguish, mental distress, emotional trauma, psychiatric mayhem, the inability to seek and obtain gainful employment, loss of Professional reputation.

33. On or about November 14, 2019 I contacted the EEOC to file my complaint for employment discrimination (Race) African American and (Age) Over 40.

34. Upon information and belief my racial appearance (African American) and my age (Over 40). Are the reasons I was rejected for employment with the Defendants. Per the EEOC investigation.

35. Upon information and belief my employment experience and qualification were not the reason I was rejected for employment with the Defendants.

## THE CLAIMS

### FIRST CLAIM FOR RELIEF

42 U.S.C 2000e

36. The Pro Se Plaintiff alleges and re-alleges, repeats and reiterates with force from paragraph 1 to paragraph 35 and inclusive that the Defendant's 2020 Companies, Inc, Best Buy Co. Inc., Samsung Electronics American, Inc. Discriminatory hiring, failure to hire Plaintiff for the Samsung Experience Consultant Lead position because of appearance African American (Race) of the Plaintiff Wilfred L. Lee Jr.

37. Thus causing the  Pro Se Plaintiff to suffer lack of income, mental anguish, mental distress, emotional trauma, psychiatric mayhem, the inability to seek and obtain gainful employment.

38. The Pro Se Plaintiff seeks damages in the amount of THREE HUNDRED THOUSAND DOLLARS for the afro-mention damages from each and every Defendant.

## SECOND CLAIM FOR RELIEF

### 42 U.S.C 1981

39. The Pro Se Plaintiff alleges and re-alleges, repeats and reiterates with force from paragraph 1 to paragraph 38 and inclusive that the Defendant's 2020 Companies, Inc, Sara Wali, Best Buy Co. Inc., Samsung Electronics American, Inc. Discriminated against Plaintiff to make and enforce contracts with the Defendants due to Pro Se Plaintiff's African American (Race).

40. Thus causing the Pro Se Plaintiff to suffer lack of income, mental anguish, mental distress, emotional trauma, psychiatric mayhem, the inability to seek and obtain gainful employment.

41. The Pro Se Plaintiff seeks damages in the amount of ONE MILLION DOLLARS for the afro-mention damages from each and every Defendant.

## THIRD CLAIM FOR RELIEF

### The Age Discrimination in Employment Act of 1967

42. The Pro Se Plaintiff alleges and re-alleges, repeats and reiterates with force from paragraph 1 to paragraph 41 and inclusive that the Defendant's 2020 Companies, Inc, Best Buy Co. Inc., Samsung Electronics American, Inc. Discriminated during hiring, failure to hire Pro Se Plaintiff due to their over 40 (Age).

43. Thus causing the Pro Se Plaintiff to suffer lack of income, mental anguish, mental distress, emotional trauma, psychiatric mayhem, the inability to seek and obtain gainful employment.

44. The Pro Se Plaintiff seeks damages of back pay from date of employment application through this action, twenty years of front pay, liquid damages.

45. Amounts to be determined at jury trial for the afro-mention damages from each and every Defendant.

FOURTH CLAIM FOR RELIEF

TEX.CIV.PRAC & REM. CODE 73.001

46. The Pro Se Plaintiff alleges and re-alleges, repeats and reiterates with force from paragraph 1 to paragraph 45. Defendant Sara Wali, made Pre Se Libel statements to third parties for the purpose of intentional defamation of the Plaintiff's professional trade.

47. Thus causing the Pro Se Plaintiff to barred from consideration of future employment among 2020 Companies, Best Buy Co, Inc., Samsung Electronics America, Inc.

48. The Defendant's 2020 Companies, Best Buy Co, Inc., Samsung Electronics America, Inc., continued to made the same Pre Se Libel statements to third parties for the purpose of intentional defamation of the Plaintiff's professional trade.

49. The Pro Se Plaintiff suffers damage to their professional reputation, causing difficult securing employment, lack of income, mental anguish, mental distress, emotional trauma, psychiatric mayhem, loss of enjoyment in life, the inability to seek and obtain gainful employment.

50. The Pro Se Plaintiff seeks damages in amount of ONE MILLION DOLLARS for the afro-mention damages from each and every Defendant.

**CONCLUSION**

51. The Pro Se Plaintiff alleges, re alleges, repeats and reiterates with force from paragraph 1 to paragraph 50. The Pro Se Plaintiff filed a discrimination complaint with the United States Equal Employment Opportunity Commission timely and received a RIGHT TO SUE letter on May 26, 2021.

52. Must be presented to a jury for a decision in favor of the Pro Se Plaintiff in which the award of DAMAGES OF THE TOTAL SUM FROM WITHIN EACH CAUSE OF ACTION FROM EACH AND EVERY DEFENDANT, CORPORATE or PRIVATE.

53. It must be concluded that EACH AND EVERY DEFENDANT, KNOWN and UNKNOWN, SINGULAR and PLURAL ENTITY and ENTITIES are in violation of, 42 USC 2000e; 42 U.S.C 1981; Age Discrimination in Employment Act 1967; Tex. CIV. Prac & Rem. Code 73.001.

54. In which upon to tally up all the sums of damage awards sort by the Pro Se Plaintiff in the amount of EIGHT MILLION NINE HUNDRED THOUSAND.

55. With Age Discrimination in Employment Act 1967 damages to be determined by a jury trial. Or calculated by the Pro Se Plaintiff upon entry of default and default judgement of this complaint by the Court.

State of Texas
Date: August 2, 2021

_____
Signature of Pro Se Plaintiff

Wilfred L. Lee Jr

_____
Pro Se Plaintiff's Name

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Wilfred L. Lee, Jr.<br>91-1108 Kaimalie Street<br>Ewa Beach, HI 96706 | From: | Richmond Local Office<br>400 North 8th Street<br>Suite 350<br>Richmond, VA 23219 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2020-00671 | Stephanie Hadden,<br>Investigator | (804) 771-2163 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

on

May 26, 2021

Enclosures(s)

**Daron L. Calhoun,**
**Director**

*(Date Issued)*

cc: **Janee Smith**
**Legal Affairs Manager**
**2020 Companies**
**3575 Lone Star Circle #200**
**Fort Worth, TX 76177**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS     --     Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS     --     Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION     --     Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE     --     All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Lee Jr, Wilfred, L. | 2020 Companies, Inc.; Best Buy Co, Inc., Samsung Electronics America, Inc., Sara Wali, et.al |

| (b) County of Residence of First Listed Plaintiff    Honolulu | County of Residence of First Listed Defendant    Fort Worth |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>91-1108 Kaimalie Street<br>Ewa Beach, HI 96706 | Attorneys *(If Known)*<br><br>AUG — 4 2021<br>8C<br>TEXAS |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions |
| | | | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☒ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 2000e, 42 USC 1981, ADEA(1967)

Brief description of cause:
Hiring Discrimination, Failure to Hire

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $    8,900,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE 8/2/2021

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



FedEx Express

X-RAY

RECEIVED
AUG 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Reusable

398  6  D
B32  1630

To REUSE: Cover or mark through any previous shipping information.

Align top of FedEx Express® shipping label here.

ORIGIN ID:DGNA   (404) 840-7717
WILFRED LEE
5710 RANAH WAY
JONESBORO, GA 30238
UNITED STATES US

SHIP DATE: 03AUG21
ACTWGT: 0.00 LB
CAD: 6591015/SSFO2202

BILL CREDIT CARD

TO CLERK OF THHE COURT
FORT WORTH — DIVISION 4
501 WEST 10TH STREET
ROOM 310
FORT WORTH TX 76102
(817) 850-6600

FedEx
Express

E

DELV
3766346

WED – 04 AUG 4:30P
** 2DAY **

TRK 2821 0618 7321

SH GLEA

76102
TX-US DFW

Align bottom of peel-and-stick airbill or pouch here.



Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 156949 REV 4/18

See how FedEx connects the world in responsible and resourceful ways at **environment.fedex.com**. Join our efforts by recycling this FedEx pak.

99150949