

3575 Lone Star Circle, Suite 200
Fort Worth, Texas 76177

April 16, 2021

**VIA EMAIL (stephanie.hadden@eeoc.gov)**

*Re: Charge No. 450-2020-00671*

Dear Ms. Hadden,

Please consider this letter to be the secondary response to the Request for Information (RFI).

1. The company does not written policy, however below will explain the process.

2. a. Job reqs are posted to our career portal then scraped or sponsored on various job boards. As candidates apply to the job their application is attached to the req in our ATS where recruiters review their resume and experience provided.

    b. All candidates that submit an application by applying to the posted job are considered to be an applicant for the position
    c. Job reqs are posted once the business determines a need to hire for the position then unposted and pulled down once the position is no longer available. Once unposted applications are no longer received.
    d. Applications are saved within our system and always considered active as we regularly search our database and contact individuals that live near open jobs as they come available. Applications are not purged from the ATS.
    e. As applicants apply to a job they receive an automated email alerting them the application was received.
    f. Recruiters will review the candidates resume submitted as well as experience provided by the candidate to determine if previous work experience qualifies them for the job in question.
    g. If the recruiter determines the candidates work experience qualifies them for the role they will reach out to have a phone screen and discuss their work history, requirements of the job in question and target compensation. Once the recruiter determines the candidate is a potential fit they then schedule the candidate to interview with the hiring manager.

3. 50
5. Yes, however the hiring manager felt Mr. Lee was not professional in both verbally or his dress.

8. N/A

Thank you,

*Janet Smith*

**EXHIBIT A**