

Try the new Outlook extension for Chrome. Get it now.

New message | Delete | Archive | Junk | Move to | Categorize | ...

Folders

- Inbox 10960
- Junk Email 184
- Drafts 2
- Sent Items
- Deleted Items
- Archive
- Notes
- 2014emailsvip 2
- Audition Tapes
- Call in Available
- Cast Man Up
- Casting Calls
- Casting Calls Male
- Conversation His...
- Crew
- Graphpics
- Lead Females
- Lead Males
- Locations
- Makeup Artist
- Obama 70
- Randstand

## Interview with WILFRED LEE JR for Samsung Experience Consultant Lead (40061)

Follow up

This event occurred **3 years ago** (Thu 8/9/2018 11:30 AM - 12:00 PM)

Phone Interview 310-990-0147

KIMBERLY MCGEE invited you. Didn't respond 2

Messages **Meeting Details**

invite.ics
2 KB

**Organizer**

KM KIMBERLY MCGEE

**Didn't respond: 2**

KM KIMBERLY MCGEE
Required

WJ WILFRED LEE JR
Required

Dear WILFRED,

You have been setup for an interview for Requisition 2018-40061-Retail Sales-Samsung Electronics located in US-HI-Aiea.

If you are unable to make this interview, please contact me via email at kmcgee@2020companies.com.

---

Dear SARA,

Click the link below to view the candidate's profile including resume and experience:

https://2020companies.icims.com/icims2/?navr=icims2%3Fmodule%3DAppPerson%26action%3DpersonProfileSecure%26id%3D268085%26hashed%3D-1999664385

**EXHIBIT B**

If you wish to review the recruiter's interview guide for this