*Important Notice:* Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this email message is **CONFIDENTIAL** information intended for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender using the above contact information or by return email and delete this message and any copies from your computer system

**From:** Sara Wali
**Sent:** Wednesday, October 30, 2019 6:29 PM
**To:** Michel Pagliarli
**Subject:** RE: Interview Confirmation

Michel,

I interviewed Wilfred and do not wish to move forward with his application. Per the info in iCims, it seems he's been interviewed in 2018 and not selected and additionally, he wasn't very articulate with his answers to my questions.

On a little bit of a brighter note, I have reached out to the SEC/FSM/DM in Hawaii to get me a reference check on [REDACTED] to see if he's welcomed back in Aiea. As soon as I hear back from one of them I will let you know.

In the meantime, would you mind getting in contact with him and letting him know that we are still considering his application? That way he doesn't think we forgot about him.

Thank you!

Sara Wali

Field Operations Manager – Riverside/LA South/San Diego/HI

**EXHIBIT C**