Gmail - The Greatest Show On Earth <leewilfred2011@gmail.com>

# Interview with WILFRED LEE JR for Samsung Experience Consultant Lead
1 message

**MICHEL PAGLIARLI** <2020companies+email+1ep6u-3f17717961@talent.icims.com>  Tue, Oct 29, 2019 at 10:36 AM
To: leewilfred2011@gmail.com

Dear WILFRED,

You have been setup for an interview for Requisition 2019-47005-Retail Sales-Samsung Electronics located in US-HI-Aiea.

If you are unable to make this interview, please contact me via email at mpagliarli@2020companies.com.

---

Dear SARA,

If you wish to review the recruiter's interview guide for this candidate, click the link below:

Click to Complete

After you have completed the interview with this candidate, please complete the manager interview form included in the link below:

Click to Complete

In order to view/complete the interview form(s), you will need to login to the system.

Thank you.

MICHEL PAGLIARLI

---

📄 **invite.ics**
2K

**EXHIBIT D**