

**From:** Michel Pagliarli
**Sent:** Tuesday, October 29, 2019 1:38 PM
**To:** leewilfred2011@gmail.com
**Cc:** Sara Wali
**Subject:** Interview Confirmation

Hi Wilfred,

I am excited to have you meet with our manager in regards to this opportunity.  I am sure that this will be a great venture and I can tell that your personality and positivity will be an asset to the team.

By accepting this interview, you agree that you understand the following:

**As a Samsung Experience Consultant Lead, you will:**

- Demonstrate, sell, and evangelize Samsung products in the country's most well-known retailers.
- Ensure that consumers have the latest and most relevant product information at their fingertips when making a purchase decision.
- Be able to not only promote the Samsung brand to customers, but work closely with store associates and management to build tight-knit relationships.

**Store Location:**

Best Buy - Aiea

**Schedule/Availability:**

- Up to 40 hrs. a week



**EXHIBIT E**