

3575 Lone Star Circle, Suite 200
Fort Worth, Texas 76177

May 7, 2021

**VIA EMAIL (stephanie.hadden@eeoc.gov)**

    *Re: Charge No. 450-2020-00671*

Dear Ms. Hadden,

Please consider this letter to be the third response to the Request for Information (RFI).

1. 20/20 Communications, Inc.

2. During the relevant time period there were 2,368 number of employees. Today, there are 2,329.

3. 20/20 Communications, Inc., is a Delaware corporation. It wholly owns Point 180 LLC and Talentline LLC.

4. 20/20 Communications, Inc., is a sales, marketing, staffing, and brand advocacy company.

5. 20/20 Communications, Inc., is a Delaware corporation.

6. 20/20 Communications, Inc., does not have any contracts with any agency of the federal government nor is it a subcontractor which received federal funding. No; the company is not covered by Executive Order 11246.

7. 20/20 Communications, Inc., does not have any written policy regarding hiring.

HIRING

3. Resumes for 44 applicants are included in the zip file. The remaining 6 did not supply resumes.

6. The position was filed on or about December 11, 2019 by Mr. Mina whose resume is included in the zip file. Mr. Mina is a male who identifies as being two or more races and is under 40. His application was submitted online and was selected for the full time position.

7. Mr. Lee was initially screened by Recruiter, Michelle Pagliarli and interviewed by Operations Manager, Sara Wali, who ultimately made the hiring decision.

8. See attached email titled "RE_Interview Confirmation".

Thank you,

*Janei Smith*

**EXHIBIT F**