EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA<br>☒ EEOC | 450-2020-00671 |

HAWAI'I CIVIL RIGHTS COMMISSION and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MR. WILFRED L LEE** | Home Phone<br>**(808) 203-0881** | Year of Birth<br>**1976** |
|---|---|---|

Street Address / City, State and ZIP Code
**91-1108 KAIMALIE STREET, EWA BEACH, HI 96706**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br>**2020 COMPANIES** | No. Employees, Members<br>**15 - 100** | Phone No.<br>**(817) 490-0100** |
|---|---|---|

Street Address / City, State and ZIP Code
**DBA SAMSUNG ELECTRONICS NORTH AMERICA**, 3575 LONE STAR CIR #200, FT WORTH, TX 76177

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **10-31-2019**  Latest: **10-31-2019**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

ON OR ABOUT OCTOBER 29, 2019, I APPLIED FOR THE VACANT SAMSUNG EXPERIENCE CONSULTANT LEAD POSITION. ON OR ABOUT OCTOBER 30, 2019, I HAD AN INTERVIEW WITH FIELD OPERATIONS MANAGER SARA WALI, BY WEBCCAM. ON OR ABOUT OCTOBER 31, 2019, I WAS INFORMED BY RECRUITER MICHEL PAGLIARI, THAT I WAS NOT SELECTED FOR THE POSITION.

THE REASON GIVEN BY MICHEL PAGLIARI FOR MY NON-SELECTION WAS WE SELECTED ANOTHER CANDIDATE WHO WE BELIEVE MORE CLOSELY MATCHES WHAT WE ARE LOOKING FOR IN THE POSITION.

I BELIEVE I HAVE BEEN DISCRIMINATED AGAINST BECAUSE OF MY RACE, BLACK, IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED AND MY AGE 43, IN VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967, AS AMENDED.

I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Wilfred Lee on 11-14-2019 07:00 PM EST**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

**EXHIBIT G**