To Wilfred L. Lee Jr
leewilfred2011@gmail.com
91-1108 Kaimalie Street
Ewa Beach, Hawaii 96706
808-203-0881

Pro Se Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Wilfred L. Lee Jr. | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL NO. **4 - 21 CV - 923 Y** |
| vs. | ) | |
| | ) | |
| | ) | |
| 20/20 Communications, Inc | ) | |
| aka 2020 Companies | ) | |
| And Entity and Entities, Singular | ) | |
| And Plural, Known and Unknown | ) | |
| Past and Present et.al | ) | |
| | ) | |
|     Defendant(s), | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF'S OPPOSED MOTION TO COMPEL SETTLEMENT CONFERENCE
WITH DEFENDANT 2020 COMMUNICATIONS, INC.**

The Court's Local Rule. LR 16.3 Settlement. states that;

**"(a) Settlement Negotiations. Parties in a civil action must make good-faith efforts to settle. Settlement negotiations must begin at the earliest possible time, well in advance of any pretrial conference."**

1

The ProSe Plaintiff has made every effort to comply with the Court's settlement Local Rules and involve the Court as little as possible. Despite initiating discussions to settle with Defendant 2020 Communications, Inc. after the filing of this action on August 4, 2021.

Defendant 2020 Communications, Inc. has willfully ignored and will not comply with the Court's Local Rule "LR 16.3(a) Settlement negotiations". This should greatly concern the court as both parties are expected to comply with the Local Rules and practice civility with as little court involvement as possible. This has not been the case here with Defendant 2020 Communications, Inc.

Accordingly, as required by "LR 16.3 Settlement negotiations" the ProSe Plaintiff respectfully requests a Court order to compel Defendant 2020 Communications, Inc., hold settlement conferences with Plaintiff and to assign dates for settlement conferences with the order before the Judge.

**CERTIFICATE OF CONFERENCE**

Plaintiff on January 11, 2022, conferred by email, asking Defendant 2020 Communications, Inc., if they oppose a Motion from Plaintiff for a Settlement Conference with the Court. The Defendant 2020 Communications, Inc. did not respond.

Dated February 1, 2022                                                                Respectfully,

<u>/s/ Wilfred L. Lee Jr.</u>

Wilfred L. Lee Jr.
Pro Se Plaintiff
leewilfred2011@gmail.com
91-1108 Kaimalie Street
Ewa Beach, Hawaii 96706
808-203-0881

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February 2022. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.