IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILFRED L. LEE JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-923-Y |
| | § | |
| 20/20 COMMUNICATIONS, INC. a/k/a/ | § | |
| 2020 COMPANIES AND ENTITY AND | § | |
| ENTITIES, SINGULAR AND PLURAL, | § | |
| KNOWN AND UNKNOWN, PAST AND | § | |
| PRESENT, ET AL., | § | |
| | § | |
| Defendant(s). | § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

Before the Court is Plaintiff's Motion for Rule 11 Sanctions (doc. 48). After review of the motion, the related briefs, and the applicable law, the Court concludes that the motion should be and hereby is DENIED, for the reasons urged in defendant 20/20 Communications, Inc.'s response.

SIGNED May 4, 2022.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE