```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION

WILFRED L. LEE JR.            §
                              §
VS.                           §   ACTION NO. 4:21-CV-923-Y
                              §
20/20 COMMUNICATIONS, INC.    §
```

## FINAL JUDGMENT

In accordance with the Stipulation of Dismissal filed on July 6, 2022, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED July 7, 2022.

*[signature]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE